1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11  TRACY VAUGHN PAUL, II,          )   Case No. CV 10-0071 JVS (JCG)
                                    )
12                  Petitioner,     )
                                    )
13        v.                        )   ORDER ACCEPTING FINDINGS,
                                    )   CONCLUSIONS AND
14  KELLY HARRINGTON,               )   RECOMMENDATIONS OF UNITED
    Warden,                         )   STATES MAGISTRATE JUDGE AND
15                                  )   DENYING CERTIFICATE OF
                                    )   APPEALABILITY
16                  Respondent.     )
                                    )
17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the

19  records herein, the Report and Recommendation of the United States Magistrate

20  Judge, and Petitioner's "Petition for Rehearing Suggestion for Rehearing En Banc,"

21  which the Court construes as Petitioner's Objections to the Report and

22  Recommendation, and has made a *de novo* determination.  The Court accepts the

23  Magistrate Judge's Report and Recommendation.

24        In his Objections, Petitioner essentially restates the arguments made in

25  support of ground one of the Petition.  Those arguments lack merit for the reasons

26  stated in the Report and Recommendation.  To the extent that Petitioner's

27  Objections include a request for an evidentiary hearing, Petitioner's request is

28  denied as an evidentiary hearing is not required in this case. *See Cullen v.*

1  *Pinholster*, 131 S.Ct. 1388, 1398 (2011); *Schriro v. Landrigan*, 550 U.S. 465, 474

2  (2007) ("[I]f the record refutes the applicant's factual allegations or otherwise

3  precludes habeas relief, a district court is not required to hold an evidentiary

4  hearing.").

5       Additionally, for the reasons stated in the Report and Recommendation, the

6  Court finds that Petitioner has not made a substantial showing of the denial of a

7  constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*

8  *Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate

9  of appealability.

10       Accordingly, having made a *de novo* determination of those portions of the

11  Report and Recommendation to which objection was made, IT IS ORDERED

12  THAT:

13      1.    Petitioner's request for an evidentiary hearing is denied.

14      2.    Judgment shall be entered dismissing the action with prejudice.

15      3.    The Clerk shall serve copies of this Order and the Judgment herein on

16  the parties.

17      4.    A Certificate of Appealability is denied.

18

19

20  DATED:     _9.29.11_

21

22                      HON. JAMES V. SELNA
                    UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28