1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TRACY VAUGHN PAUL, II,

               Petitioner,

      v.

KELLY HARRINGTON, Warden,

               Respondent.

) Case No. CV 10-0071 JVS (JCG)
)
)
) **JUDGMENT**
)
)
)
)
)
)
)

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: _____9·29.11_____

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE